**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Enrique BOJORQUEZ–SOTO,**
**Defendant–Appellant.**

No. 08–10473.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 13, 2009 *.

Filed Oct. 27, 2009.

Francisco Leon, Esquire, Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

Luis Enrique Bojorquez–Soto appeals from the 87–month sentence imposed following his guilty-plea conviction for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)(II). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Bojorquez–Soto contends that the district court violated Federal Rule of Criminal Procedure 32 by failing to rule on a disputed fact in the presentence report. The record reflects that the district court sufficiently resolved the dispute. *See United States v. Karterman,* 60 F.3d 576, 583 (9th Cir.1995).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.